UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-28(6)(JMR/FLN)
Civil No. 03-58(6)(JMR/FLN)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>JERMAINE JACKSON<br>a/k/a "MAIN",<br><br>Petitioner. | CERTIFICATE OF SERVICE |

I hereby certify that on January 5, 2005, I caused the following documents

**OPPOSITION OF THE UNITED STATES TO JACKSON'S MOTION TO DIRECT THE GOVERNMENT TO SUPPLEMENT ITS ANSWER [ETCETERA]**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to the following:

Michael C. Davis, Esq.

I further certify that I caused a copy of the foregoing document and the notice of electronic filing to be mailed by first-class mail, postage prepaid, to the following non-ECF participants:

THOMAS B. HEFFELFINGER
United States Attorney

s/Jeffrey S. Paulsen
BY: JEFFREY S. PAULSEN
Assistant U.S. Attorney
Attorney ID Number 144332