UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Number: 00-CR-28 (JMR/FLN)

United States of America,

Plaintiff

vs. January 5, 2005 Certificate of Service

Jermaine Jackson,

Defendant.

I hereby certify that on January 5, 2005, I electronically filed the foregoing with the clerk of court by using the CM/ECF system which will send a notice of electronic filing to the Hon. Jeffrey S. Paulsen:

1. Reply to Objection to Motion to Direct the Government to Supplement Its Answer under Rule 5(b); or to Direct the Expansion of the Record under Rule 7; or to Permit Discovery under Rule 6.

Dated: January 5, 2005

Respectfully submitted,

/s *Michael C. Davis*

Michael C. Davis
Attorney ID No. 20688X
332 Minnesota Street
Suite 1610 West
St. Paul, Minnesota 55101
Attorney for Defendant
(651) 222-4396