U.S. District Court
[redacted]

15 E, 300 South 4th Street
Mpls., Mn. 55414
664-5053
Fax: 664-5054

January 18, 2005

COUNSEL OF RECORD

RE: Cr #00-28 (6) USA v. Jermaine Terrell Jackson

Dear Counsel:

Please be advised that Chief Judge James Rosenbaum has scheduled a phone conference in the above-styled case for **Wednesday, January 19, 2005 @ 2:00 p.m.** Our office will initiate the call. Please contact me if you have a conflict.

Please call if you have any questions. Thank you.

Sincerely,

s/Heather Labat

Heather Labat Calendar Clerk to
Chief Judge James Rosenbaum
Work - 612-664-5053
Fax - 612-664-5154
e-mail Heather_Labat@mnd.uscourts.gov

cc: All Counsel of Record