# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL MOTION HEARING-Telehone conference

UNITED STATES OF AMERICA,
Plaintiff,
v.

Jermaine Jackson (6),
Defendant.

**COURT MINUTES**
BEFORE: James M. Rosenbaum
U.S. District Judge

| | |
|---|---|
| Case No: | 00-28 JMR/FLN (6) |
| Date: | January 19, 2005 |
| Court Reporter: | Dawn Hansen |
| Time Commenced: | 2:00 p.m. |
| Time Concluded: | 2:05 p.m. |
| Time in Court: | 0 Hours & 5 Minutes |

APPEARANCES:

Plaintiff: Jeff Paulsen, Assistant U.S. Attorney
Defendant(s): Michael Davis for Jermaine Jackson (6) 9 FPD : CJA 9 Retained

Interpreter / Language: /

**DEFT'S MOTION TO DIRECT GOV'T TO SUPPLEMENT ITS ANSWER, OR TO DIRECT THE EXPANSION OF THE RECORD, OR TO PERMIT DISCOVERY (DOC. 512) MOTION TAKEN UNDER ADVISEMENT.**

Deft(s) addtl briefs due: Govt's addl briefs due:

Motions taken under advisement as of: 1/19/05

9 ORDER TO BE ISSUED 9 NO ORDER TO BE ISSUED 9 R&R TO BE ISSUED 9 NO R&R TO BE ISSUED

9 Exhibits retained by the Court 9 Exhibits returned to counsel 9 Bond continued 9 Remanded into custody of USM

s/Heather Labat
Signature of Calendar Clerk