UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CR-28(6)(JMR/FLN)

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Jermaine Jackson | ) | |

Two years ago, petitioner, Jermaine Jackson, brought a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Petitioner now moves the Court to direct the government to supplement its answer to the petition; to direct the expansion of the record in this case; or to permit discovery in connection with the petition.

This matter was heard on January 19, 2005, by telephone conference, during which petitioner was given until January 24, 2005, to supplement his motion with sufficient particularity regarding the discovery sought and an adequate basis for opening the grand jury record. A review of the Court file reveals petitioner has failed to do so. Accordingly, the motion is decided on the record as it stands, and is hereby denied.

IT IS SO ORDERED.

Dated: January 27th, 2005

s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States Chief District Judge