UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CR-28(6)(JMR/FLN)

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Jermaine Jackson | ) | |

Two years ago, petitioner, Jermaine Jackson, brought a motion to vacate, set aside, or correct his sentence, pursuant to 28 U.S.C. § 2255. This matter is now before the Court on petitioner's motion for new counsel.

The Court can find no basis for appointment of new counsel in this case. Accordingly, based on the files, records, and proceedings herein, IT IS ORDERED that:

Defendant's motion for new counsel is denied.

Dated: March 7th, 2005

s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States Chief District Judge