00-28
USA v Craig, et al

Judge Rosenbaum 2-3-05

I recived your notice denying my motion for expansion of the record or to permit discovery.

I appreciate you giving me and Mr Davis some time to supplement the motion to show adequate basis for opening the grand jury record. Unfortunetly I didnt find this out till 1-21-05 when my attorney contacted me by phone informing me of the deadline 1-24-05. I requested that he ask for an extension because there was know way I could meet deadline to show adequate basis. I also requested that if he isnt allowed extension, supplement motion using trial record and 5K1 9-7-00 for Von Pledger to show there may be material in grand jury testimony made by witnesses. Despite my requests I see Mr Davis took matters into his own perception figuring what we need will be given to him by my trial attorney.

Your honor I dont know if me not being a paying client or my attorneys fear of Paulsen plays a role on the representation I get. But as long attornies conduct themselves like Mr Davis & Mr Orth there will allways be conflict. Ive requested Mr Davis persue several different avenues to possibly achieve ~~any~~ relief for me and he hasnt done a single one in the seven months hes been appointed to me.

[stamp] MAR 1 _ 2005

Clerk - Please check my

Which brings me to respectfully request that Mr Davis no longer represents me on my appeal as my counsel. Because of the continued conflicts im having with attornies appointed from the federal public defenders office, I'd greatly appreciate counsel from the C.J.A Panel that you refered to in your Order for Appointment of counsel 6-6-03 if conflict exsists.

Sincerely

Jermaine Jackson