UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Number: 00-CR-28 (JMR/FLN)

United States of America,

Plaintiff

vs.

August 5, 2005 Certificate of Service

Jermaine Jackson,

Defendant.

I hereby certify that on August 5, 2005, I electronically filed the foregoing with the clerk of court by using the CM/ECF system which will send a notice of electronic filing to the Hon. Jeffrey S. Paulsen:

1. Supplement to Mr. Jackson's Pro Se Motion to Vacate, Set Aside, or Correct A Sentence By A Person In Federal Custody; and Motion Either to Schedule Evidentiary Hearing or to Submit For Decision.

Dated: August 5, 2005

Respectfully submitted,

/s *Michael C. Davis*

Michael C. Davis
Attorney ID No. 20688X
332 Minnesota Street
Suite 1610 West
St. Paul, Minnesota 55101
Attorney for Defendant
(651) 222-4396