# UNITED STATES DISTRICT COURT

## District of Minnesota

United States of America,

Plaintiff,

v.

Jermaine Jackson,

Defendant.

**Case No. CR 00-28 (6) JMR/FLN**

**JUDGMENT IN A CRIMINAL CASE**

() **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED** 1. Petitioner's motion for relief pursuant to § 2255 [Docket No. 483] is denied.
2. No Certificate of Appealability will be issued.

Date: January 23, 2006

RICHARD D. SLETTEN, CLERK

s/Jackie Ellingson

(By) Jackie Ellingson, Deputy Clerk