UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CR-28(6)(JMR/FLN)
03-CV-58(JMR/FLN)

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Jermaine Jackson | ) | |

On January 23, 2006, this Court denied Jermaine Jackson's petition for relief under 28 U.S.C. § 2255. This matter is again before the Court on Jermaine Jackson's motion to alter or amend that judgment pursuant to Federal Rule of Civil Procedure 59(e). The Court has also received a letter from Mr. Jackson dated February 1, 2006, which will be construed as a motion to reconsider. The Court finds no reason to reconsider its January 23, 2006, Order. Accordingly, IT IS ORDERED that:

1. Petitioner's motion [Docket No. 537] is denied.

2. The Court's consideration of this motion does not extend Mr. Jackson's time to appeal his judgment.

Date: February 14th, 2006

s/ JAMES M. ROSENBAUM

JAMES M. ROSENBAUM
United States Chief District Judge