UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CR-28(6)(JMR/FLN)
03-CV-58(JMR/FLN)

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Jermaine Jackson | ) | |

Petitioner seeks a certificate of appealability. On January 23, 2006, the Court denied petitioner's request for relief pursuant to 28 U.S.C. § 2255, and also denied a certificate of appealability, finding no issue raised to be "debatable among reasonable jurists." Flieger v. Delo, 16 F.3d 878, 883 (8th Cir. 1994) (citing Lozada v. Deeds, 498 U.S. 430, 432 (1991)).

The current motion is more properly styled a request for reconsideration of the January 23, 2006, Order. Rule 7.1(g) of the Local Rules for the District of Minnesota prohibits motions for reconsideration unless the Court grants express permission to do so. Such permission has been neither sought nor granted here.

Even if this motion were properly before the Court, Rule 7.1(g) requires a "showing of compelling circumstances" when seeking reconsideration. All papers filed in this case have been reviewed thoroughly, and petitioner has made no showing of compelling circumstances sufficient to justify reconsideration.

Additionally, the Court notes that, on January 8, 2003, petitioner moved to hold the determination of his 28 U.S.C. § 2255 petition in abeyance. As stated above, the Court ruled on this

petition in January of 2006; the January 8, 2003, motion is therefore moot.

Accordingly, based on the files, records, and proceedings herein, IT IS ORDERED that:

1. Defendant's motion for reconsideration [Docket No. 549] is denied.

2. Defendant's motion to hold in abeyance the determination of his 28 U.S.C. § 2255 motion [Docket No. 484] is moot.

Dated: April 25th, 2006

s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States Chief District Judge