**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

**No: 06-1863**

**United States of America,**

**Appellee**

**v.**

**Jermaine Terrell Jackson,**

**Appellant**

**No: 06-2316**

**United States of America,**

**Appellee**

**v.**

**Jermaine Terrell Jackson,**

**Appellant**

---

Appeal from U.S. District Court for the District of Minnesota - St. Paul
(CIV 03-58 JMR/FLN)

---

**MANDATE**

In accordance with the judgment of and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 02, 2007

Clerk, U.S. Court of Appeals, Eighth Circuit