# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

**No: 06-1863**

**United States of America,**

**Appellee**

**v.**

**Jermaine Terrell Jackson,**

**Appellant**

**No: 06-2316**

**United States of America,**

**Appellee**

**v.**

**Jermaine Terrell Jackson,**

**Appellant**

---

Appeal from U.S. District Court for the District of Minnesota - St. Paul
(CIV 03-58 JMR/FLN)

---

## ORDER

Upon consideration of appellant's motion to reopen the appeal and vacate the court's order denying the petition for rehearing, the mandate is hereby recalled. The February 22, 2007, court order denying the petition for rehearing by the panel is vacated. Appellant is granted an extension to May 1, 2007, to file a petition for rehearing with the court.

April 11, 2007

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans