UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-28(6) (JMR/FLN)

United States of America,

Plaintiff,

v.

JERMAINE TERRELL JACKSON,

Defendant.

**ORDER FOR APPOINTMENT OF COUNSEL**

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that counsel is appointed pursuant to 18 U.S.C. § 3006A.

Dated: April 25, 2008

s/James M. Rosenbaum
Honorable James M. Rosenbaum
United States District Court Judge